ORIGINAL

FILED

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0578

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0578

FILED

MAY 10 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

DAVID LLOYD ORR,

Defendant and Appellant.

Appellant David Lloyd Orr appeals from the Judgment of the Twenty-First Judicial District Court, Ravalli County. Orr argues the District Court erred by illegally suspending his sentence for one year and by ordering him to pay $2,124.46 in financial obligations in its written judgment that were not orally pronounced at sentencing.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of entering an amended sentence and judgment. Without agreeing to all of the arguments Orr has raised, the State agrees that in this case the District Court erred in imposing a suspension period of longer than six months and in imposing financial obligations totaling $2,124.46 in the written judgment that were not part of the court's oral pronouncement.

Based on Orr's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Twenty-First Judicial District Court, Ravalli County, with instructions for the District Court to vacate the one-year suspension period and impose a suspension period of no greater than six month and to strike the financial obligations totaling $2,124.46 that were not orally pronounced at sentencing.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Howard F. Recht.

Dated this ___10___ day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2